# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
## No. 24-0697V

ARIANNA WHITE,

               Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

               Respondent.

Chief Special Master Corcoran

Filed: July 7, 2025

*Leah VaSahnja Durant, Law Offices of Leah V. Durant, PLLC, Washington, DC, for Petitioner.*

*Christopher Pinto, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION AWARDING DAMAGES[1]

On May 2, 2024 Arianna White filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered from Guillain-Barre Syndrome ("GBS") following an influenza vaccination she received on September 29, 2022. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On April 28, 2025, a ruling on entitlement was issued, finding Petitioner entitled to compensation for her GBS. On July 3, 2025, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $212,566.50, comprised of $210,000.00 for pain and suffering and $2,566.50 for unreimbursable expenses. Proffer at 1-2. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $212,566.50, comprised of $210,000.00 for pain and suffering and $2,566.50 for unreimbursable expenses, to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

ARIANNA WHITE,

                Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Respondent.

No. 24-697V
Chief Special Master Brian H. Corcoran
ECF

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

On May 2, 2024, Arianna White ("petitioner") filed a petition for compensation under the

National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act" or

"Act"), alleging that she suffered "injuries, including Guillan-Barre Syndrome ("GBS")"

following administration of an influenza vaccine she received on September 29, 2022.  Petition

at 1.  On April 25, 2025, the Secretary of Health and Human Services ("respondent") filed a Rule

4(c) Report indicating that this case is appropriate for compensation under the terms of the Act

for a GBS Table injury, and on April 28, 2025, the Chief Special Master issued a Ruling on

Entitlement finding petitioner entitled to compensation.  ECF No. 22; ECF No. 23.

I.      **Items of Compensation**

        A.      Pain and Suffering

        Respondent proffers that petitioner should be awarded $210,000.00 in pain and suffering.

*See* 42 U.S.C. § 300aa-15(a)(4).  Petitioner agrees.

B.      Unreimbursable Expenses

Evidence supplied by petitioner documents that she incurred unreimbursable expenses related to her vaccine-related injury.  Respondent proffers that petitioner should be awarded $2,566.50 for unreimbursable expenses.  *See* 42 U.S.C. § 300aa-15(a)(1)(A).  Petitioner agrees.

These amounts represent all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a).  Petitioner agrees.

## II.      **Form of the Award**

Petitioner is a competent adult.  Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment as described below and requests that the Chief Special Master's decision and the Court's judgment award the following[1]:  a lump sum payment of $212,566.50 to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

TRACI R. PATTON
Assistant Director
Torts Branch, Civil Division

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future lost earnings and future pain and suffering.

s/ CHRISTOPHER J. PINTO
CHRISTOPHER J. PINTO
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C.  20044-0146
Tel: (202) 353-5992
christopher.pinto@usdoj.gov

DATED:  July 3, 2025